FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

June 12, 2024

10th Court Of Appeals Clerk
McLennan County Courthouse
501 Washington Ave., Rm 415
Waco, TX 76701
\* Delivered Via E-Mail \*

**Re:** Heath, Dwayne Robert
**CCA No.** PD-0156-22
**Trial Court Case No.** 2017-241-C2

**COA No.** 10-18-00187-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:     Presiding Judge 54th District Court (Delivered Via E-Mail)
        District Attorney Mclennan County (Delivered Via E-Mail)
        Jessica Freud (Delivered Via E-Mail)
        State Prosecuting Attorney (Delivered Via E-Mail)
        Emily Johnson-Liu (Delivered Via E-Mail)
        District Clerk Mclennan County (Delivered Via E-Mail)